UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SCALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA BUREAU OF<br>AUTOMOTIVE REPAIR,<br><br>　　　　Defendant. | No. 2:18-cv-03062-MCE-CKD (PS)<br><br><br>ORDER |

Pending before the court is defendant's motion to dismiss and to strike, which was originally set for hearing on May 29, 2019. (ECF No. 4.) After plaintiff failed to file a timely opposition, the court reset the hearing for June 26, 2019 and afforded plaintiff an additional opportunity to oppose the motion. (ECF No. 11.) Importantly, the court advised plaintiff that "[f]ailure to file opposition will be deemed as a statement of non opposition and shall result in submission of the motion on the papers and a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b)." (ECF No. 11 at 2.)

On June 12, 2019, plaintiff filed a document entitled "Motion in Opposition by Plaintiff to Motion to Dismiss and Motion to Strike." (ECF No. 12.) However, upon review, the filing lacks any argument in opposition to defendant's motion. The filing states in its entirety:

////

> Plaintiff Charles Scales, in Pro Se hereby files a Motion in Opposition to Motion to Dismiss by Defendant, State of California, by and through Bureau of Automotive Repair and Motion to Strike.
>
> As per [L]ocal Rule 230(c) I am acting in Pro Se and while it was my intention to respond to the Settlement Conference in a timely manner, I am sight impaired and reside out of the jurisdiction and was unable to respond. As of this filing and per the order, I will attend the Settlement Conference dated June 26, 2019.

(ECF No. 12 at 1.)

Not only does plaintiff's filing fail to address defendant's motion with any specificity, but also, plaintiff mistakes the upcoming hearing for a settlement conference. There is no settlement conference scheduled in this matter.

In reply, defendant asserts that plaintiff's opposition does not effectively oppose defendant's motion because it "fails to provide any legal authority or argument in opposition" and, as a result, a hearing is unnecessary. (ECF No. 13 at 1-2.) Indeed, plaintiff's filing (ECF No. 12) is not fairly characterized as an opposition because it lacks any argument and, thus, there is no basis for a hearing. See E.D. Cal. L.R. 230(c) ("No party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party").

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 230(g), the June 26, 2019 hearing is VACATED and defendant's motion to dismiss and to strike (ECF No. 4) is SUBMITTED on the papers without oral argument.
2. In light of plaintiff's pro se status, however, the court affords plaintiff one final opportunity to file argument in opposition to defendant's motion. Any opposition shall be filed no later than July 10, 2019.
3. Reply, if any, shall be filed no later than July 17, 2019.

Dated: June 20, 2019

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/scales3062.submit