UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SCALES,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA BUREAU OF AUTOMOTIVE REPAIR,<br><br>    Defendant. | No. 2:18-cv-03062-MCE-CKD PS<br><br>FINDINGS AND RECOMMENDATIONS |

    By order filed November 21, 2019, plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted. The twenty-eight-day period has now expired, and plaintiff has not filed an amended complaint.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

/////

/////

/////

1

Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 24, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.scales.3062.fta